UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __23-6108__

Case Title: __Honorable Order of Kentucky Colonels,__ vs. __Kentucky Colonels International, et al.__

List all clients you represent in this appeal:

> Honorable Order of Kentucky Colonels, Inc.

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Julie Laemmle Watts__     Signature: s/ __Julie Laemmle Watts__

Firm Name: __Wyatt, Tarrant & Combs, LLP__

Business Address: __400 West Market Street, Suite 2000__

City/State/Zip: __Louisville, KY 40202__

Telephone Number (Area Code): __(502) 562-7130__

Email Address: __jwatts@wyattfirm.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |