# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 09, 2024

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

Re: Case No. 23-6108, *Honorable Order of KY Colonels, Inc. v. KY Colonels Intl, et al*
Originating Case No. : 3:20-cv-00132

Dear Mr. Wright,

You have until **March 11, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.    Please note that if you do nothing, the appeal will be dismissed for want of prosecution without further notice.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Cornelius Edwin Coryell II
    Ms. Julie Laemmle Watts

Enclosure