UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NOS. 23-5795 and 23-6108

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

      Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS

      Defendants

DAVID J. WRIGHT, Individually and in his capacity as President of Ecology Crossroads Cooperative Foundation, Inc.

      Defendant-Appellant

## APPELLEE'S MOTION TO DISMISS APPEAL

Defendant/Appellant, David J. Wright ("Wright"), was ordered to file his opening brief no later than March 11, 2024. [2/9/24 Letter [Doc. 16], pg. 1]. He failed to comply with that order. As a result, this consolidated appeal should be dismissed.

## ARGUMENT

This appeal has been pending for more than six months.[1] The Court directed

---

[1] The Notice of Appeal in Case No. 23-5795 was filed on September 6, 2023 [Doc. 1]. The Notice of Appeal in Case No. 23-6108 was filed on December 20, 2023

(continued…)

Wright to file his opening brief in Case No. 23-5795 no later than November 6, 2023 [9/22/23 Letter [Doc. 8-1], pg. 1]. Wright ignored that deadline. Plaintiff/Appellee, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), moved to dismiss that appeal as a result of Wright's failure to file an opening brief. The Court subsequently denied that motion **_without prejudice_**, subject to renewal if and when appropriate. [2/8/24 Order [Doc. 13-1], pg. 3]. The Court subsequently ordered Wright to submit his opening brief in the consolidated appeal by March 11, 2024. Once again, Wright failed to satisfy that deadline, instead filing yet another motion for extension of time [Doc. 17]. That motion provided no grounds for an extension other than Wright's claim that he lacked the resources and tools necessary to comply with the deadline. [*See* Appellant's Motion for Extension of Time to File Brief [Doc. 17], pg. 5]. That does not constitute the "good cause" necessary to support a third extension of Wright's briefing deadline.

    An appeal may be dismissed when an appellant fails to file an opening brief. *Blixseth v. Credit Suisse*, 961 F.3d 1074, 1080 (9th Cir. 2020). Numerous courts have found that failure of an appellant to comply with appeal requirements by filing briefs in a timely manner is in itself sufficient to justify dismissal of the appeal. *Barber v. American Security Bank*, 841 F.2d 1159, 1162 (US App. D.C. 1988); *SEC

---

[Doc. 1]. The appeals were consolidated by Order dated February 8, 2024 [Doc. 13-1], pg. 2.

v. *Pittsford Capital Income Partners, LLC*, 305 Fed. Appx. 694, 696 (2nd Cir. 2008); *Louisiana World Exposition, Inc. v. Logue*, 746 F.2d 1033, 1038 (5th Cir. 1984).

Wright's claimed lack of resources is not credible and does not provide grounds for a further extension of his briefing deadline. The alleged lack of resources certainly did not impede his ability to generate a deluge of filings in this Court, including a thirty-one (31) page, 9,900 word "motion" requesting, among other things, relief from the original briefing schedule. [*See* Appellant's Motion for Affirmative Relief [Doc. 11]]. Wright must not be allowed to further delay these proceedings. The instant motion should be denied, and this appeal should be dismissed because, for the second time, Wright failed to timely file an appellate brief as directed by the Court.

## **CONCLUSION**

For the reasons set forth herein, Wright's motion for an extension of time should be denied and this appeal should be dismissed.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.comn
jwatts@wyattfirm.com

*Counsel for Plaintiff/Appellee, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellee's Motion to Dismiss Appeal has been served upon the following, by U.S. mail and/or electronic mail, on this the 14th day of March, 2024:

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

*/s/ Cornelius E. Coryell II*

*Counsel for Plaintiff/Appellee the Honorable Order of Kentucky Colonels, Inc.*

101503524.1