UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 23-5795 and 23-6108

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

       Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS

       Defendants

DAVID J. WRIGHT

       Defendant-Appellant

### APPELLEE'S MOTION TO STRIKE APPELLANT'S RESPONSE, REPLY, AND OBJECTION IN OPPOSITION TO APPELLEE'S MOTIONS (DOC. 24)

This Court directed Appellant, David J. Wright, to "mail opposing counsel a copy of every document [he] send[s] to the Clerk's office for filing." (9/22/23 Letter (**Doc. 8-1** in Case No. 23-5795), page 1). He has failed to follow this order with *each and every one of his filings* in both Case No. 23-5795 and the consolidated appeal, Case No. 23-6108.[1] Wright's most recent

---

[1] Wright's most recent filing also purports to relate to Case No. 24-5511. The notice of appeal in that action was struck by the District Court **[DE 156]** and a motion to dismiss that appeal is currently pending before this Court **(Doc. 5)**.

submission **(Doc. 24)** was apparently tendered to the Court Clerk on June 20, 2024. The certificate of service accompanying that motion acknowledges that Wright did not transmit that document to opposing counsel, even though counsel and Wright have exchanged numerous email communications over the tortured course of this matter, now spanning almost four (4) years. As a result, counsel for the Plaintiff/Appellant, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), did not receive the filing until it was transmitted by the Court's electronic filing system almost a week later, on June 26, 2024.

Wright's latest twenty-three (23) page filing is yet another incoherent missive, replete with vitriolic rhetoric and accusations of misconduct by the District Court. It offers nothing new, merely regurgitating irrelevant allegations and arguments relating to the merits of HOKC's underlying infringement claim.[2] Those issues were resolved by settlement and dismissed with prejudice by Agreed Order in February 2021 (2/23/21 Agreed Order of

---

[2] To the extent that Wright's latest submission offers any substantive legal analysis, HOKC hereby adopts and incorporates herein by reference Appellee's Response to Motion for Time and Date to File Appellant's Brief and Request for Discretionary Relief **(Doc. 10** in Case No. 23-5795); Appellee's Response to Motion for Time to File Appellee's Brief and Request for Discretionary Review as well as Appellee's Response to Appellant's Motion for Affirmative Relief **(Doc. 12)**; Appellee's Motion to Dismiss Appeal **(Doc. 19)**; Appellee's Response to Appellant's Motion for Stay of Judgments Pending Appeal **(Doc. 23)**; and Appellee's Motion to Dismiss Appeal **(Doc. 5** in Case No. 24-5511).

Dismissal **[DE 94]**, PageID #2060). The litany of complaints Wright offers regarding the temporary restraining order, preliminary injunction, court mediated settlement, and other matters occurring prior to February 23, 2021 have no relevance to the merits of the current appeal.

Because, by his own admission, Wright has consciously and repeatedly ignored the Court's directive regarding service on opposing counsel, his most recent filing **(Doc. 24)** should be stricken from the record.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff/Appellee, the*
*Honorable Order of Kentucky Colonels, Inc.*

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail and/or electronic mail, on this the 27th day of June, 2024:

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

             */s/ Cornelius E. Coryell II*

             *Counsel for Plaintiff/Appellee the Honorable Order of Kentucky Colonels, Inc.*

101658713.1